# Third District Court of Appeal

## State of Florida

Opinion filed January 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0154
Lower Tribunal No. 21-15118
_____

**Luis Duran,**
Appellant,

vs.

**Rommy Duran,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Oscar Rodriguez-Fonts, Judge.

Open Book Appeals, and Erin Pogue Newell (Ft. Lauderdale), for appellant.

The Billbrough Firm, and G. Bart Billbrough, for appellee.

Before EMAS, FERNANDEZ, and LINDSEY, JJ.

PER CURIAM.

Appellant Luis Duran appeals the trial court's order declining to enforce the prenuptial agreement between him and his former wife.  Because there is competent substantial evidence to support the trial court's ruling, we are constrained to affirm.  See Shaw v. Shaw, 334 So. 2d 13, 16 (Fla. 1976) ("It is not the function of the appellate court to substitute its judgment for that of the trial court through re-evaluation of the testimony and evidence from the record on appeal before it. The test, as pointed out in [Westerman v. Shell's City, Inc., 265 So. 2d 43 (Fla. 1972)], is whether the judgment of the trial court is supported by competent evidence."); Fla. Mining & Materials v. Mobley, 649 So. 2d 934, 934 (Fla. 1st DCA 1995) ("But the case may not be retried on appeal, and a ruling which is supported by competent substantial evidence will be upheld even though there may be some persuasive evidence to the contrary.").

Affirmed.